# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Kody Demetrius Tate

Debtor(s).

Case No.   18−27636   dsk
Chapter   13

Adv. Proc. No.

## NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
## RE FORM, MANNER AND SERVING OF NOTICE

15 – Objection to Confirmation of Plan Filed by Creditor Hope Federal Credit Union. (Clifford, Michael) on October 3, 2018.

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above shall be held on **November 27, 2018 at  09:00 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 600, Memphis, TN 38103**

At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of  Hearing  has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007,9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a)**.**

**Kathleen A Ford**
**CLERK OF COURT**

**BY:  Tonya Lepone**
_____

**Date:   October 5, 2018**

[ntchrgcomb2lf005]Order/Notice combined Rel 11−03