# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Case No.   18−27636   dsk
Chapter   13

Adv. Proc. No.

Kody Demetrius Tate

Debtor(s).

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE

15 − Objection to Confirmation of Plan Filed by Creditor Hope Federal Credit Union. (Clifford, Michael) on October 3, 2018.

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above shall be held on **November 27, 2018 at 09:00 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 600, Memphis, TN 38103**

At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

**Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

Kathleen A Ford
**CLERK OF COURT**

BY:  Tonya Lepone
_____

Date:   October 5, 2018

[ntchrgcomb2lf005]Order/Notice combined Rel 11−03

United States Bankruptcy Court
Western District of Tennessee

In re:  
Kody Demetrius Tate  
    Debtor

Case No. 18-27636-dsk  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0651-2    User: tonya    Page 1 of 1    Date Rcvd: Oct 05, 2018  
    Form ID: ntchrgc2    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.  
db    +Kody Demetrius Tate,   5101 Gold Stream Lane,   Memphis, TN 38125-3476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2018 at the address(es) listed below:  
    Angela Boyd Mathews   on behalf of Creditor   Hope Federal Credit Union WDECF@wilson-assoc.com, WDECF@ecf.courtdrive.com  
    Brian Lynn   on behalf of Debtor Kody Demetrius Tate blynn@lynnfirmpllc.com  
    George W. Stevenson Chapter 13   ch13gws@gmail.com  
    Michael G. Clifford   on behalf of Creditor   Hope Federal Credit Union mclifford@wilson-assoc.com  
    U.S. Trustee   ustpregion08.me.ecf@usdoj.gov  
    TOTAL: 5