**Dated: December 12, 2018**
**The following is SO ORDERED:**



_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                                                              Chapter 13
KODY DEMETRIUS TATE
Debtor(s)                                                                                      Case No. 18-27636-K

ADMINISTRATIVE ORDER ALLOWING CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown the Court that he or she has examined the proofs of claim, objected to the allowance of such claims as appeared to be improper, and entered orders on claims that are prima facie improper. After such examination, objections and orders, the Trustee states that the following claims should be deemed allowed, and those listed 'not filed' should be noted.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| HOPE FEDERAL CREDIT UNION<br>1 CORPORATE DR SUITE 360<br>LAKE ZURICH, IL  60047 | $64,771.32 | MORTGAGE ARREARAGE |
| AMERICAN PROFIT RECOVERY<br>34505 W 12 MILE RD SUITE 3<br>FARMINGTON HILLS, MI  48331 |  | NO CLAIM FILED BY CREDITOR |
| UNITED STATES TREASURY<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $8,225.09 | PRIORITY<br><br>SPLIT CLAIM<br>[Transferred From General Unsec |

PAGE  2   -   CHAPTER 13 CASE NO.  18-27636-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541 | $583.16 | UNSECURED (GENERAL) |
| CREDIT ONE<br>PO BOX 98873<br>LAS VEGAS, NV  89195 |  | NO CLAIM FILED BY CREDITOR |
| WAKEFIELD & ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE, TN  37950 | $110.31 | UNSECURED (GENERAL)<br><br>[Add] |
| WAKEFIELD & ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE, TN  37950 | $19.67 | UNSECURED (GENERAL)<br><br>[Add] |
| TRANSWORLD SYSTEMS INC<br>PO BOX 2402<br>COLUMBUS, GA  31902-2402 | $8,617.27 | UNSECURED (GENERAL)<br><br>[Add] |
| TRANSWORLD SYSTEMS INC<br>PO BOX 2402<br>COLUMBUS, GA  31902-2402 | $19,815.18 | UNSECURED (GENERAL) |
| UNITED STATES TREASURY<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $10,791.50 | UNSECURED (GENERAL)<br><br>SPLIT CLAIM |
| WAKEFIELD & ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE, TN  37950 | $13.68 | UNSECURED (GENERAL)<br><br>[Add] |

PAGE 3   -   CHAPTER 13 CASE NO. 18-27636-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| HOPE FEDERAL CREDIT UNION<br>1 CORPORATE DR SUITE 360<br>LAKE ZURICH, IL  60047 | | NO CLAIM FILED BY CREDITOR |

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan and other orders of the Court.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

Upon the foregoing motion, the court finds that the matters stated therein are true and, that;

Pursuant to Chapter 13 Rule 3007, the claims which have been filed as recited above shall be deemed allowed for the purpose of distribution unless objection is made by the debtor or other party in interest, within 30 days from the date of this order;

IT IS THEREFORE ORDERED, that a copy of this order and motion be mailed to the debtor(s) and to the debtor's attorney of record, and that the debtor(s) be given 30 days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed approval by the debtor(s) of the claims as recited above and the claims shall be allowed for the purpose of distribution pursuant to the confirmed plan and other orders of this Court.

CC: George W. Stevenson
YOG
    KODY DEMETRIUS TATE
    5101 GOLD STREAM LANE
    MEMPHIS, TN  38125

    BRIAN W LYNN ATTY
    PO BOX 111064
    MEMPHIS, TN  38111-1064